ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendants*
**THUNDER PROPERTIES, INC. AND
LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC,<br><br>                      Plaintiff,<br><br>vs.<br><br>DORADO HOMEOWNERS ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; THUNDER PROPERTIES, INC.; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>                      Defendants. | Case No. 3:16-CV-00351-MMD-VPC |

**STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT**
**(First Request)**

COMES NOW Plaintiffs, DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC; and Defendants, LAS VEGAS DEVELOPMENT GROUP, LLC and THUNDER PROPERTIES, INC., by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On May 15, 2019, Plaintiff filed a Motion for Partial Summary Judgment herein

[ECF #65].

2. Counsel for Thunder Properties, Inc. and Las Vegas Development Group, LLC has been out of the office dealing with a family emergency. Further, counsel for Defendants has been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Partial Summary Judgment which have significantly detracted from the time available prepare a response. In addition, counsel has been recently required to prepare and file briefs before the Nevada Supreme Court and Ninth Circuit Court of Appeals.

3. As a result of the foregoing, Defendants have requested and shall be granted an extension of time until June 19, 2019, in which to respond to the Plaintiff's Motion for Partial Summary Judgment.

4. This Stipulation is made in good faith and not for purpose of delay.

Dated this 5th day of June, 2019.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendants*
*Thunder Properties, Inc. and*
*Las Vegas Development Group, LLC*

AKERMAN, LLP

/s/ *Jamie K. Combs*
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Ste. 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
Jamie.combs@akerman.com
*Attorney for Plaintiff*
*Ditech Financial LLC*

**IT IS SO ORDERED**

By: _____
Judge, U.S. District Court

Dated: June 7, 2019

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____5th____ day of June, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (First Request)** to the following parties:

| | |
|---|---|
| Ariel E. Stern<br>Jaime K. Combs<br>William Habdas<br>Akerman LLP<br>1635 Village Center Circle, Ste. 200<br>Las Vegas, NV 89134<br>ariel.stern@akerman.com<br>Jamie.combs@akerman.com<br>william.habdas@akerman.com<br>***Attorney for Plaintiff***<br>***Ditech Financial LLC*** | Michael Hetey<br>Heather l. Trujillo<br>Keith B Gibson<br>Thorndal Armstrong Delk Balkenbush & Eisinger<br>1100 E. Bridger<br>PO Box 2070<br>Las Vegas, NV 89125<br>702-366-0622<br>702-366-0327 (fax)<br>mch@thorndal.com<br>hlt@thorndal.com<br>kbg@thorndal.com<br>***Attorney for Defendant***<br>***Dorado Homeowners' Associations*** |

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

10760 Serratina