ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendants*
**THUNDER PROPERTIES, INC. AND
LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>DORADO HOMEOWNERS ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; THUNDER PROPERTIES, INC.; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>　　　　　　　　　　Defendants. | Case No. 3:16-CV-00351-MMD-VPC |

**STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT**
(Second Request)

COMES NOW Plaintiffs, DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC; and Defendants, LAS VEGAS DEVELOPMENT GROUP, LLC and THUNDER PROPERTIES, INC., by and through their undersigned counsel, and hereby stipulate and agree as follows:

1.　　On May 15, 2019, Plaintiff filed a Motion for Partial Summary Judgment herein

10760 Serratina

[ECF #65].

2. The Parties stipulated to extend the briefing schedule for Plaintiff's Motion for Summary Judgment on June 6, 2019. This stipulation was granted on June 7, 2019.

3. Pursuant to the stipulation between the Parties, Counsel for Thunder Properties, Inc. and Las Vegas Development Group, LLC had until June 19, 2019 to respond to the Plaintiff's Motion for Summary Judgment; however, counsel has been intermittently out of the office dealing with a family matter. Further, counsel for Defendants has been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Partial Summary Judgment which have significantly detracted from the time available prepare a response.

4. As a result of the foregoing, Defendants have requested and shall be granted an extension of time until July 3, 2019, in which to respond to the Plaintiff's Motion for Partial Summary Judgment.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this ____19th____ day of June, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN, LLP |
|---|---|
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> *Attorney for Defendants* <br> *Thunder Properties, Inc. and* <br> *Las Vegas Development Group, LLC* | /s/ *Jamie K. Combs* <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1635 Village Center Circle, Ste. 200 <br> Las Vegas, NV 89134 <br> 702-634-5000 <br> 702-380-8572 (fax) <br> Jamie.combs@akerman.com <br> *Attorney for Plaintiff* <br> *Ditech Financial LLC* |

//

//

10760 Serratina

**ROGER P. CROTEAU & ASSOCIATES, LTD.**
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

*Ditech Financial Llc F/k/a Green Tree Servicing Llc V.dorado Homeowners Association, et al*

Case No.   3:16-CV-00351-MMD-VPC

Stipulation and Order to Extend Time to Respond to Motion for Summary Judgment
(Second Request)

**IT IS SO ORDERED.**

By: _____
 Judge, U.S. District Court

Dated:  June 21, 2019

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____19th____ day of June, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (First Request)** to the following parties:

Ariel E. Stern
Jaime K. Combs
William Habdas
Akerman LLP
1635 Village Center Circle, Ste. 200
Las Vegas, NV 89134
ariel.stern@akerman.com
Jamie.combs@akerman.com
william.habdas@akerman.com
*Attorney for Plaintiff*
*Ditech Financial LLC*

Michael Hetey
Heather l. Trujillo
Keith B Gibson
Thorndal Armstrong Delk Balkenbush & Eisinger
1100 E. Bridger
PO Box 2070
Las Vegas, NV 89125
702-366-0622
702-366-0327 (fax)
mch@thorndal.com
hlt@thorndal.com
kbg@thorndal.com
*Attorney for Defendant*
*Dorado Homeowners' Associations*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

10760 Serratina