ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendants*
**THUNDER PROPERTIES, INC. AND
LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>DORADO HOMEOWNERS ASSOCIATION;<br>LAS VEGAS DEVELOPMENT GROUP, LLC;<br>THUNDER PROPERTIES, INC.; and<br>NEVADA ASSOCIATION SERVICES, INC.,<br><br>                Defendants. | Case No. 3:16-CV-00351-MMD-VPC |

**STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT**
(Third Request)

COMES NOW Plaintiffs, DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC; and Defendants, LAS VEGAS DEVELOPMENT GROUP, LLC and THUNDER PROPERTIES, INC., by and through their undersigned counsel, and hereby stipulate and agree as follows:

       1.      On May 15, 2019, Plaintiff filed a Motion for Partial Summary Judgment herein.

[ECF #65]. A Response was originally due on June 5, 2019.

2. On June 6, 2019, the parties submitted a stipulation to extend the time in which to respond to the subject motion until June 19, 2019. [ECF #66]. Said Stipulation was approved on June 7, 2019. [ECF #67].

3. On June 19, 2019, the parties submitted a second stipulation to extend time in which to respond to the subject motion until July 3, 2019. [ECF #70]. Said Stipulation was approved on June 21, 2019. [ECF #71].

4. Defendants' counsel had expected to complete the Opposition to the Motion for Summary Judgment prior to the current due date. However, a number of other matters came up that made doing so impossible, including numerous other pending legal matters and family obligations associated with Independence Day holiday. In addition, Defendants' counsel hopes to discuss settlement.

5. As a result of the foregoing, Defendants have requested and shall be granted an additional extension of time until July 17, 2019, in which to respond to the Plaintiff's pending Motion for Partial Summary Judgment.

6. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___3rd___ day of July, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN, LLP |
|---|---|
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> ***Attorney for Defendants*** <br> ***Thunder Properties, Inc. and*** <br> ***Las Vegas Development Group, LLC*** | /s/ *Jamie K. Combs* <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1635 Village Center Circle, Ste. 200 <br> Las Vegas, NV 89134 <br> 702-634-5000 <br> 702-380-8572 (fax) <br> Jamie.combs@akerman.com <br> ***Attorney for Plaintiff*** <br> ***Ditech Financial LLC*** |

//

//

10760 Serratina

| | |
|---|---|
| 1 | Case No. 3:16-CV-00351-MMD-VPC |
| 2 | Stipulation and Order to Extend Time to Respond to Motion for Summary Judgment |
| 3 | (Third Request) |

**IT IS SO ORDERED**

By: _____
Judge, U.S. District Court

Dated: July 5, 2019

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this  3rd  day of July, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (Third Request)** to the following parties:

| | |
|---|---|
| Ariel E. Stern<br>Jaime K. Combs<br>William Habdas<br>Akerman LLP<br>1635 Village Center Circle, Ste. 200<br>Las Vegas, NV 89134<br>ariel.stern@akerman.com<br>Jamie.combs@akerman.com<br>william.habdas@akerman.com<br>***Attorney for Plaintiff***<br>***Ditech Financial LLC*** | Michael Hetey<br>Heather l. Trujillo<br>Keith B Gibson<br>Thorndal Armstrong Delk Balkenbush & Eisinger<br>1100 E. Bridger<br>PO Box 2070<br>Las Vegas, NV 89125<br>702-366-0622<br>702-366-0327 (fax)<br>mch@thorndal.com<br>hlt@thorndal.com<br>kbg@thorndal.com<br>***Attorney for Defendant***<br>***Dorado Homeowners' Associations*** |

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

10760 Serratina